FILED
12/12/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE **Southern** DISTRICT OF **Vigo County**

---

(Full name of plaintiff(s))

**David Robert Denny**

v.

(Full name of defendant(s))

**Tyler Bowling**
**Josh Paxton**

Case Number:

2:22-cv-00577-JRS-MG

(to be supplied by clerk of court)

---

A. PARTIES

1. Plaintiff is a citizen of **Indiana** (State), and is located at

   **458 W. Strawberry Rd. Rockville, IN 47872**
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant **Tyler Bowling / Josh Paxton**
   (Name)

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at ___Fountain County Indiana___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Fountain County, Indiana Sheriffs Department___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

   On the space provided on the following pages, tell:
   1.  Who violated your rights;
   2.  What each defendant did;
   3.  When they did it;
   4.  Where it happened; and
   5.  Why they did it, if you know.

1. OFF DUTY FOUNTAIN COUNTY INDIANA OFFICER JOSH PAXTON AND ON-DUTY OFFICER TYLER BOOLING, Deputy with the Fountain County INDIANA SHERIFFS DEPARTMENT

2. OFF DUTY OFFICER JOSH PAXTON (FCSD) BARRICADED MY VEHICLE IN WITH HIS PERSONAL VEHICLE, A NEWER MODEL WHITE CHEVY SILVERADO - UNTIL DEPUTY TYLER BOOLING ARRIVED BEHIND ME IN HIS FULLY MARKED POLICE CRUISER - With pistol pointed AT ME FOR UNKNOWN REASON, OFFICER BOOLING Was Hysterically SCREAMING FOR ME TO GET OUT OF THE VEHICLE, WHILE OFF DUTY OFFICER JOSH PAXTON WAS SCREAMING FOR ME TO STAY IN MY VEHICLE, UNLESS I WANT TO BE SHOT, FROM

THE DRIVERS SEAT OF HIS CHEVY SILVERADO. I LISTENED TO THE OFFICER WITH HIS SERVICE WEAPON DRAWN ON ME — IN ABSOLUTE FEAR FOR MY LIFE. WITH MY HANDS UP, ARMS FULLY EXTENDED I EXITED MY VEHICLE TOWARDS OFFICER BOWLING WHEN I WAS VIOLENTLY TAKEN TO GROUND AND HANDCUFFED AND HIT ON THE RIGHT SIDE OF MY TEMPLE WITH WHAT FELT LIKE HIS SERVICE PISTOL. STILL LAYING ON MY LEFT SIDE, HANDCUFFED, FOR THE NEXT 1 HOUR, OFFICER BOWLING PERSONALLY CALLED SEVERAL FAMILIES TO SEARCH MY VEHICLE LOOKING FOR THINGS THAT "MAY BELONG TO THEM" AFTER IT WAS PROVEN EVERYTHING IN MY VEHICLE BELONGED TO ME I WAS STILL ARRESTED FOR RESISTING LAW ENFORCEMENT AND DISORDERLY CONDUCT AND DRIVING WHILE SUSPENDED. I WAS HUMILIATED BY AT LEAST FOUR DIFFERENT FAMILIES, LAYING HANDCUFFED ON THE GROUND, BLEEDING FROM THE ███ LEFT SIDE OF MY HEAD FOR NO OTHER REASON THAN DRIVING WHILE SUSPENDED.

3. THIS INCIDENT TOOK PLACE ON THE EVENING OF OCTOBER 13, 2021.

4. THIS INCIDENT HAPPENED ABOUT 1 MILE SOUTH OF HILLSBORO, INDIANA ON HIGHWAY 341 IN FOUNTAIN COUNTY, INDIANA.

5. THE ONLY REASONS I HAVE FOR THIS INCIDENT OCCURING ON

5. CONTINUED:

THE EVENING OF OCTOBER 13th IS DUE TO A PERSONAL VENDETTA AGAINST ME DUE TO NUMEROUS FALSE ALLEGATIONS AGAINST ME. OFFICER BOWLING HAS CONTINUOUSLY STALKED MY RESIDENCE, SLANDERED MY NAME ON SEVERAL OCCASIONS, STALKED MY PARENTS TO WHERE THEY ALSO LIVE A LIFE FULL OF FEAR WHEN THEY HAVE NEVER BROKEN THE LAW. MY FAMILY AND I DESERVE PEACE. THIS ISNT THE FIRST TIME THIS OFFICER HAS LOST HIS TEMPER WHILE HE IS SUPPOSED TO BE SERVING THE COMMUNITY, BUT I PRAY IT WILL BE THE LAST, BEFORE SOME OTHER MEMBER OF SOCIETY GETS HURT OR GETS KILLED.

C.     JURISDICTION

[✓]    I am suing for a violation of federal law under 28 U.S.C. § 1331.
              OR

[ ]    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.     RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

THIS NATION NEEDS POLICE OFFICERS, GOOD POLICE OFFICERS, NOW MORE THAN EVER. EVERYONE HAS BAD DAYS, BUT WHEN A POLICE OFFICER HAS A BAD DAY AND BRINGS THAT ANGER TO WORK WITH HIM, HONEST LIVES CAN GET DESTROYED, OR WORSE, GET CUT SHORT AND THATS THE DISTURBING TRUTH IT SEEMS TO HAPPEN DAILY. I WANT THESE PARTICULAR OFFICERS HELD ACCOUNTABLE BEFORE SOMETHING TRULY DEVASTATING HAPPENS TO SOMEONE ELSE. I OPERATED A LAWN CARE BUSINESS WHICH I HAVE SINCE LOST, OWNED MY HOME WHICH I ALSO LOST, I'VE LOST 4 VEHICLES AND COUNTLESS MONTHS I'LL NEVER GET BACK SPENT AWAY FROM MY FAMILY. I WANT JUSTICE, I'M NOT SOMEONE THAT IS LOOKING FOR A WAY OUT, I JUST WANT SOMEONE TO LISTEN, AND ACTUALLY CARE. IF IT COMES TO A MONEY SUM, I'M JUST ASKING

Relief Wanted; Continued

For a sum of $50,000.00, enough to pay the court costs, and enough to get my life back on the right track, because as of right now I do not even have a winter coat to put on. Thank you so much for taking the time to read just this fraction of my life and the consideration you have brought forth to me.

E.  JURY DEMAND

[✓] Jury Demand – I want a jury to hear my case
            OR

[✓] Court Trial – I want a judge to hear my case

Dated this 28th day of NOVEMBER 20 22.

Respectfully Submitted,

_____
Signature of Plaintiff

_____
Plaintiff's Prisoner ID Number

458 W. Strawberry Rd
Rockville, IN 47872
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE