Acknowledged.
JRS, DJ, 7/30/24.

Distribution to all counsel of record via CM/ECF.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DAVID ROBERT DENNY, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 2:22-cv-00577-JRS-MG |
| TYLER BOWLING and JOSH PAXTON, | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by respective counsel, stipulate that all claims of the plaintiff against the defendants, arising out of the matters and facts alleged in plaintiff's Complaint, should be dismissed with prejudice to the plaintiff, at plaintiff's costs, costs paid.

WHEREFORE, the parties request that the Court dismiss plaintiff's claims against defendants with prejudice to plaintiff, costs paid, in accordance with this Stipulation.

Respectfully submitted,

COHEN & MALAD, LLP

By: */s/ Daniel S. Chamberlain*
Daniel S. Chamberlain #16375-49
Attorney for plaintiff
dchamberlain@cohenandmalad.com

CARSON LLP

By: */s/ Douglas A. Hoffman*
Douglas A. Hoffman #15459-53
Attorneys for defendants,
Tyler Bowling and Josh Paxton
hoffman@carsonllp.com

Distribution:

All Electronically Registered Counsel

David Robert Denny
DOC # 298623
Wabash Valley CF
6908 S. Old US HWY 41
Carlisle, IN 47838